```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08724
   DANTE GALLEGOS
   SILVIA GALLEGOS                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

              Debtor
   SSN XXX-XX-5025       SSN XXX-XX-6933


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/10/08 and confirmed on 06/06/08.

     2.  The case was converted to Chapter 7 after confirmation, 10/21/2008.

     3.  The Debtor paid a total of $    1636.16 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| FASLO SOLUTIONS | SECURED | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 13783.46 | .00 | 34.39 |
| FASLO SOLUTIONS | MORTGAGE ARRE | 3000.00 | .00 | 6.89 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN STUDENT ASSISTA | UNSECURED | .00 | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16783.46 | .00 | .00 | .00 | 16783.46 |
| PRINCIPAL PAID | 41.28 | .00 | .00 | .00 | 41.28 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 41.28 | .00 | .00 | .00 | 41.28 |

```
The Debtor's attorney, ILLINI LEGAL SERVICES           , was allowed $   3500.00
and was paid $   2000.00  direct and $   1500.00  through the plan.

The Trustee received $      94.88 .
```

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/22/09                    /S/
                                    GLENN STEARNS
                                  CHAPTER 13 TRUSTEE